1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney
3  Chief, Environment and Natural Resources
   450 Golden Gate Avenue, Box 36055
4  San Francisco, CA 94102-3495
   Telephone: (415) 436-7180
5  Facsimile: (415) 436-6748

6  JOHN M. CUMMINS (PA Bar #58539)
   Special Assistant United States Attorney
7  2001 Junipero Serra Blvd., Suite 600
   Daly City, CA  94014-1976
8  Telephone: (650) 746-7481
   Facsimile: (650) 746-7372

9

10  Attorneys for Plaintiff

11

12              IN THE UNITED STATES DISTRICT COURT

13         FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  THE UNITED STATES OF AMERICA          Case No.:  C 06-00030 MHP

17        Plaintiff,

18  v.                                     **STIPULATION TO ADDITIONAL
                                            TIME TO RESPOND TO COMPLAINT**
19  TMCM, INC.,

20        Defendant.

21

22

23

24

25        Plaintiff, UNITED STATES OF AMERICA, and defendant TMCM, INC., stipulate

26  that, pursuant to Civil L.R. 6-1(a), defendant's time to respond to the complaint shall be

27  extended from January 25, 2006, to January 31, 2006.

28

STIPULATION TO ADDITIONAL TIME TO RESPOND TO COMPLAINT
U.S. v. TMCM Inc. – Case No. C 06-00030 MHP

1    Dated:  January 23, 2006

2                                                    Respectfully submitted,

3                                                    TMCM, INC.

4

5

6                                                    ROSS W. ALLEN
                                                     President

7

8

9                                                    Respectfully submitted,

10                                                   KEVIN V. RYAN
                                                     United States Attorney
11

12

13

14                                                   JOHN M. CUMMINS
                                                     Special Assistant U.S. Attorney
15

16                                                   Attorneys for Plaintiff

17

18

19                                          IT IS SO ORDERED
20

21

22                                          Judge Marilyn H. Patel
23

24

25

26

27                                       2
     STIPULATION TO ADDITIONAL TIME TO RESPOND TO COMPLAINT
28   U.S. v. TMCM Inc. – Case No. C 06-00030 MHP

KEVIN V. RYAN (SBN 118321)
United States Attorney
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney
Chief, Environment and Natural Resources
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7180
Facsimile: (415) 436-6748

JOHN M. CUMMINS (PA Bar #58539)
Special Assistant United States Attorney
2001 Junipero Serra Blvd., Suite 600
Daly City, CA  94014-1976
Telephone: (650) 746-7481
Facsimile: (650) 746-7372

      Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | CASE NO:  C-06-0030 MHP |
|     Plaintiff, | |
| v. | PROOF OF SERVICE BY MAIL |
| TMCM, INC., | |
|     Defendant. | |

    The undersigned hereby certifies that she is employed in the office of a member of the

bar of this court at whose direction the service was made and her business address is 2001

Junipero Serra Boulevard, Suite 600, Daly City, California, 94014.  The undersigned further

certifies that she is a person of such age and discretion to be competent to serve papers and that

PROOF OF SERVICE BY MAIL:  STIPULATION TO ADDITIONAL TIME TO RESPOND TO COMPLAINT
U.S. v. TMCM, INC. – Case No. C-06-00030 MHP

1

2   she is causing a copy of the following:

3   **STIPULATION TO ADDITIONAL TIME TO RESPOND TO COMPLAINT**

4   to be served this date upon the party in this action by placing a true copy thereof in a sealed

5   envelope, and served as follows:

6   Via **CERTIFIED MAIL**, by placing such envelopes with postage thereon fully prepaid in the

7   designated area for outgoing U.S. Mail in accordance with this office's practice, and to the

8   party addressed as follows:

9
10   Ross W. Allen
     TMCM, Inc.
11   1936 Bayview Avenue
     Belmont CA 94002

12   Ross W. Allen
13   TMCM, Inc.,
     P.O. Box 884522
14   San Francisco, CA   94188

15         I declare under penalty of perjury under the laws of the United States of America that

16   the foregoing is true and correct

17         Executed on January 25, 2006, at Daly City, California.

18

19

20                                        _Leticia G. Byrd_
                                          Leticia G. Byrd

21

22

23

24

25

26

27                                          2

28   PROOF OF SERVICE BY MAIL:  STIPULATION TO ADDITIONAL TIME TO RESPOND TO COMPLAINT
     U.S. v. TMCM, INC. – Case No. C-06-00030 MHP