| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321) |
| 2 | United States Attorney |
|   | CHARLES M. O'CONNOR (SBN 56320) |
| 3 | Assistant United States Attorney |
|   | Chief, Environment and Natural Resources |
| 4 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, CA 94102-3495 |
| 5 | Telephone: (415) 436-7180 |
|   | Facsimile: (415) 436-6748 |
| 6 | JOHN M. CUMMINS (PA Bar #58539) |
|   | Special Assistant United States Attorney |
| 7 | 2001 Junipero Serra Blvd., Suite 600 |
|   | Daly City, CA 94014-1976 |
| 8 | Telephone: (650) 746-7481 |
|   | Facsimile: (650) 746-7372 |
| 10 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Case No.: C 06-00030 MHP |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL [FRCP 41(A)]** |
| TMCM, INC., | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD AND TO THE

ABOVE ENTITLED COURT

PLEASE TAKE NOTICE that plaintiff, UNITED STATES OF AMERICA, hereby

NOTICE OF DISMISSAL
U.S. v. TMCM Inc. – Case No. C 06-00030 MHP

1  voluntarily dismisses the above entitled action without prejudice, each party to bear their own
2  costs.
3
4  Dated: February 15, 2006
5                                          Respectfully submitted,
6
7                                          KEVIN V. RYAN
                                           United States Attorney
8
9
10                                         _____/S/_____
                                           JOHN M. CUMMINS
11                                         Attorneys for Plaintiff

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA